# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES CASTON,<br><br>    Plaintiff,<br><br>v.<br><br>FBI, *et al.*,<br><br>    Defendants. | Case No. 2:07-cv-181-LDG (LRL)<br><br>**ORDER** |

By Report and Recommendation (#2), the Magistrate Judge recommends that the *pro se* complaint be filed and that the matter be dismissed with prejudice as frivolous. The plaintiff has not objected to the recommendation. Accordingly,

THE COURT **ADOPTS** the Report and Recommendation;

THE COURT **ORDERS** that the Complaint be filed;

THE COURT FURTHER **ORDERS** that the complaint be DISMISSED with prejudice.

DATED this 28 day of April, 2008.

_____
Lloyd D. George
United States District Judge